**Dismiss and Opinion Filed July 24, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00609-CV**

**GABRIELA SAENZ ROBINSON, AS NEXT FRIEND OF RUBEN PINALES, Appellant**

**V.**

**JORGE FABIO LLAMAS-SOFORO, M.D., JORGE FABIO LLAMAS-SOFORO, M.D.P.A. D/B/A EL PASO EYE CARE CENTER, LUIS ALBERTO AYO, M.D., PEDIATRIX MEDICAL GROUP OF TEXAS, P.A., PEDIATRIX MEDICAL GROUP, INC., ROY JOHN CAVIGLIA, M.D., FORTUNATO PEREZ-BENEVIDES, M.D., AND JOSE BERNARDO ARELLANO, M.D., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-02215**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it appellant's July 10, 2013 motion to dismiss appeal. We **GRANT**

the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

130609F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GABRIELA SAENZ ROBINSON, AS
NEXT FRIEND OF RUBEN PINALES,
Appellant

No. 05-13-00609-CV          V.

JORGE FABIO LLAMAS-SOFORO, M.D.,
JORGE FABIO LLAMAS-SOFORO, M.D.
P.A. D/B/A EL PASO EYE CARE
CENTER, LUIS ALBERTO AYO, M.D.,
PEDIATRIX MEDICAL GROUP OF
TEXAS, P.A., PEDIATRIX MEDICAL
GROUP, INC., ROY JOHN CAVIGLIA,
M.D., FORTUNATO PEREZ-BENEVIDES,
M.D., AND JOSE BERNARDO
ARELLANO, M.D., Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 09-02215.
Opinion delivered per curiam. Justices
O'Neill, Francis and Fillmore sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees JORGE FABIO LLAMAS-SOFORO, M.D., JORGE
FABIO LLAMAS-SOFORO, M.D.P.A. D/B/A EL PASO EYE CARE CENTER, LUIS
ALBERTO AYO, M.D., PEDIATRIX MEDICAL GROUP OF TEXAS, P.A., PEDIATRIX
MEDICAL GROUP, INC., ROY JOHN CAVIGLIA, M.D., FORTUNATO PEREZ-
BENEVIDES, M.D., AND JOSE BERNARDO ARELLANO, M.D. recover their costs of this
appeal from appellant GABRIELA SAENZ ROBINSON, AS NEXT FRIEND OF RUBEN
PINALES.

Judgment entered July 24, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–2–